IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HAROLD SHAWGNESSY SIMS
ADC #650028                                                                                            PLAINTIFF

v.                                    No. 3:16-cv-16-DPM

KING, Commissary Manager                                                              DEFENDANT

## JUDGMENT

Sims's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United State District Judge

16 March 2016